Form 3A Contd.
(10/05)

# United States Bankruptcy Court

Northern _____ District Of __Illinois__

In re __Jeannette Anderson & Steven Anderson__,
                                            Debtor

Case No. 07-19828

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __74.75__           Check one ☑  With the filing of the petition, or
                             ☐  On or before _____

$ __74.75__           on or before __11/19/2007__

$ __74.75__           on or before __12/19/2007__

$ __74.75__           on or before __01/19/2008__

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 10/25/07

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_____
*United States Bankruptcy Judge*

FILED
UNITED STATES BANKRUPTCY COURT
OCT 2 5 2007
KENNETH S. GARDNER
BY DEPUTY CLERK